IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Marko Desnica

Plaintiff(s),

v.

Alejandro Mayorkas, Ur Jaddou

Defendant(s).

Case No. 24 C 4931
Judge Jorge L. Alonso

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☑ other: This case is remanded to United States Citizenship and Immigration Services.

This action was *(check one)*:

☐ tried by a jury with Judge                     presiding, and the jury has rendered a verdict.
☐ tried by Judge                          without a jury and the above decision was reached.
☑ decided by Judge  Alonso.

Date: 10/31/2024                    Thomas G. Bruton, Clerk of Court

                                    Lesley Fairley                , Deputy Clerk